UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| TRACY ANNE PHIFER, and husband, JAMES PHIFER, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| WALMART STORES EAST, L.P., | CASE NO: 17-1115-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Final Order of Dismissal With Prejudice entered on November 8, 2017, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 11/8/2017

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk